In the Matter of the Probate of the Codicil to the Will of FRANCES F. MUCKLOW, Deceased.

WILLIAM B. MUCKLOW, Appellant; SALLIE D. BULL, as Executrix of FRANCES F. MUCKLOW, et al., Respondents.

(Argued January 3, 1935; decided January 22, 1935.)

*Alexander Otis* and *Edwin J. Carpenter* for appellant.

*Arthur R. Ellison* for Sallie D. Bull, as executrix, respondent.

*E. C. Barkman,* as special guardian for Jessie H. Graham, respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.